ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Alpine Diversified, Inc. ) ASBCA No. 58386
)
Under Contract No. W912PL-07-C-0018 )

APPEARANCE FOR THE APPELLANT:      Jim D. Lee, Esq.
                                     Griswold LaSalle Cobb Dowd & Gin L.L.P.
                                     Hanford, CA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
                                     Engineer Chief Trial Attorney
                                   Lawrence N. Minch, Esq.
                                   Joseph E. Merrion, Esq.
                                   Mark M. Weintraub, Esq.
                                     Engineer Trial Attorneys
                                     U.S. Army Engineer District, Los Angeles

ORDER OF DISMISSAL

This appeal has been settled. Accordingly, it is hereby dismissed with prejudice.

Dated: 6 August 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58386, Appeal of Alpine Diversified, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals